**WINDELS MARX LANE & MITTENDORF, LLP**
David F. Swerdlow, Esq. (dswerdlow@windelsmarx.com)
Craig D. Gottilla, Esq. (cgottilla@windelsmarx.com)
120 Albany Street Plaza, 6th Floor
New Brunswick, New Jersey 08901
(732) 846-7600
Attorneys for Defendant
  State Farm Fire and Casualty Company

R E C E I V E D

FEB 2 7 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH J. HAGE and VANESSA HAGE, h/w,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | Civil Action No. 17-04716 (BRM-DEA)<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably resolved between all parties, it is hereby stipulated and agreed that the within action be and is hereby dismissed in its entirety with prejudice, and without costs to any party.

**Harrington & Caldwell, P.C.**
Attorneys for Plaintiffs
  Joseph J. Hage and Vanessa Hage

By: */s/Sally J. Caldwell*
    Sally J. Caldwell

Dated:  February 23, 2018

**Windels Marx Lane & Mittendorf, LLP**
Attorneys for Defendant
  State Farm Fire and Casualty Company

By: */s/David F. Swerdlow*
    David F. Swerdlow

**SO ORDERED, this 27th day of February, 2018:**

Honorable Brian R. Martinotti, U.S.D.J.

{40742330:1}